USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff,

-against-

Bravia Capital Partners, Inc., and
Uknown John or Jane Does,

Defendants.

26 Civ. 2834 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Pursuant to the Court's September 8, 2026 sealed order, the Clerk of Court is respectfully directed to unseal the following three sealed filings:

1. Relator's *qui tam* complaint
2. The Court's September 8, 2026 order
3. The Government's Notice of Election to Decline Intervention

SO ORDERED.

Dated: November 2, 2026
New York, New York

ANALISA TORRES
United States District Judge